**DISMISS; and Opinion Filed April 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01765-CV

## IN THE MATTER OF THE MARRIAGE OF JOHN L. ABBOTT AND MARY BETH ABBOTT AND IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-54435-2011**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and O'Neill[1]
Opinion by Justice Myers

Before the Court is appellant's April 23, 2015 agreed, unopposed motion to dismiss this appeal. The certificate of conference on the motion attests that appellant's counsel conferred with counsel for appellee and that appellee does not oppose the motion. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

131765F.P05

/ Lana Myers/
LANA MYERS
JUSTICE

---

[1] The Honorable Michael J. O'Neill, Justice, Court of Appeals, Fifth District of Dallas, Retired, sitting by assignment.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE MARRIAGE
OF JOHN L. ABBOTT AND MARY BETH
ABBOTT AND IN THE INTEREST OF
J.T.A., A CHILD

No. 05-13-01765-CV

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-54435-2011.
Opinion delivered by Justice Myers. Justices
Evans and O'Neill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.  It is **ORDERED** that costs shall be borne by the party that incurred them.

Judgment entered this 29th day of April, 2015.